**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01146-CMA-BNB

FRANK PARKS,

    Plaintiff,

v.

APOLLO CREDIT AGENCY, INC.,

    Defendant.

---

**ORDER OF DISMISSAL PURSUANT TO SETTLEMENT**

---

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. # 9). Pursuant to settlement, this case is hereby DISMISSED **WITHOUT** PREJUDICE, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this Order. It is

FURTHER ORDERED that If this case has not been reinstated within forty-five (45) days from the date of this Order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal without prejudice to a DISMISSAL WITH PREJUDICE.

DATED: July  31 , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge